UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Vipin Kalra

       Plaintiff,

        v.                                         CASE NO.: 1:20-cv-03188

Experian Information Solutions, Inc.,
Citibank, N.A.,
       Defendants.
_____/

## **STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff Vipin Kalra and the Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, hereby stipulate and agree that Plaintiff's action against Experian should be dismissed with prejudice and without costs to either party.

**Dated: January 26, 2021**

| For Plaintiff Vipin Kalra | For Defendant Experian Information Solutions, Inc. |
|---|---|
| */s/ Mark Rozenberg* <br> Mark Rozenberg <br> Stein Saks, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> Phone: (201) 282-6500 <br> mrozenberg@steinsakslegal.com | */s/ Brett M. Weinstein* <br> Brett M. Weinstein <br> Jones Day <br> 250 Vesey Street <br> New York, NY 10281 <br> Phone: (212) 326-7854 <br> bweinstein@jonesday.com |

SO ORDERED:

_____
The Honorable Rachel P. Kovner
United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that on January 26, 2021, a copy of the foregoing was filed electronically on the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Brett M. Weinstein*
Brett M. Weinstein